1  CHRISTOPHER CHIOU, NVSBN 14853
    Acting United States Attorney
2  District of Nevada

3  Chantal Jenkins
    Special Assistant United States Attorney
4  Social Security Administration
    160 Spear Street, Suite 800
5  San Francisco, CA 94105
    Telephone: (415) 977-8931
6  Facsimile: (415) 744-0134
    Email:  chantal.jenkins@ssa.gov

7

    Attorneys for Defendant

8

9

10

11                **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
12

13  SHERMAINE CARROLL,           )
                           )  Case No.: 2:20-cv-01953-DJA
14       Plaintiff,        )
                           )
15         v.           )  **UNOPPOSED MOTION FOR**
                           )  **EXTENSION OF TIME TO RESPOND TO**
16  KILOLO KIJAKAZI,[1]        )  **PLAINTIFF'S MOTION FOR REVERSAL**
    Acting Commissioner of Social Security,   )  **AND/OR REMAND (FIRST REQUEST)**
17                           )
         Defendant.       )
18                           )

19

20        Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant")

21  respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for

22  Reversal and/or Remand (Motion) from August 2, 2021 to September 1, 2021.  This is Defendant's

23

24  ————————————————
  [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to
25  Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore,
    for Andrew Saul as the defendant in this suit.  No further action need to be taken to continue this suit
26  by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

first request for extension to respond to Plaintiff's Motion and third request in this case. Defendant respectfully requests this additional time because counsel currently has six other briefs due within the next month and is providing three trainings to the office. Counsel also is monitoring and reviewing the status of delayed certified administrative records for numerous social security cases. Counsel contacted Plaintiff on July 27, 2021 and Plaintiff does not object to this request.

This request is made in good faith with no intention to unduly delay the proceedings.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted this July 27, 2021.


CHRISTOPHER CHIOU
Acting United States Attorney


*/s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney


OF COUNSEL:

DEBORAL LEE STACHEL
Regional Chief Counsel, Region IX


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 28, 2021
_____

2

**CERTIFICATE OF SERVICE**

I, Chantal R. Jenkins, certify that the following individual was served with a copy of the

MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

**Cyrus Safa**
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: rohlfing.office@rohlfinglaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2021

/s/ *Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

3